Held 2/2/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335
~~January 27, 2004~~ Feb 2

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3-01-cv-834**   **Vaccarrella v. Wal-Mart Stores**

Joseph D. Foti Jr.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Ave.
Ste. 207
Cheshire, CT 06410


Garrett M. Moore
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Ave.
Ste. 207
Cheshire, CT 06410


Anita M. Varunes
Kenny & Brimmer
5 Grand Street
Hartford, CT 06106


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK