**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **VACCARRELLA,** | : | |
| | : | **3:01cv834(WWE)** |
| | : | |
| **v.**     _____ | : | |
| | : | |
| **WAL-MART.** | : | |
| | : | |

<u>**PRETRIAL ORDER**</u>

    This case is scheduled to begin trial the week of May 3, 2004.  Jury selection will occur on April 12, 2004.  By **March 26, 2004,** each party shall exchange and file with the Court in **duplicate,** Trial Memoranda which shall contain the following information:

    1)  Brief summary of case

    2)  Proposed Voir Dire

    3)  List of Witnesses

    4)  List of Exhibits

    5)  Deposition designations and cross-designations.

    6)  Proposed **Jury instructions** and **Interrogatories** for
       Special Verdict forms **(with WordPerfect 10 disc).**

    Dated this February 10, 2004 at Bridgeport, Connecticut.

_____

                    _____/s/_____
                    Warren W. Eginton
                    Senior U.S. District Judge