Held
4-6-04

01CV834 PTC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre Trial Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 6, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:01cv834(WWE)**    **Vaccarrella v. Wal-Mart**

Joseph D. Foti Jr.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Ave.
Ste. 207
Cheshire, CT 06410

Garrett M. Moore
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Ave.
Ste. 207
Cheshire, CT 06410

Anita M. Varunes
Kenny & Brimmer
5 Grand Street
Hartford, CT 06106

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

25 October trial