UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -5  A 11: 48

U.S. DISTRICT COURT

| | |
|---|---|
| LUCY VACCARELLA ) | |
| Plaintiff ) | |
| ) | Civil Action No. |
| V. ) | 301-CV834 (WWE) |
| ) | |
| WAL-MART STORES, INC. ) | |
| Defendant ) | October 4, 2004 |

## MOTION TO PRECLUDE

Pursuant to Rule 26 of the Local Rules of Civil Procedure, the defendant in the above-captioned action hereby moves to preclude the plaintiff from introducing medical records/reports relating to a back surgery which plaintiff allegedly underwent in the Spring/Summer 2004, that the plaintiff claims is related to her original injury on November 20, 1999. Pursuant to the Scheduling Order (copy attached) of the Court, the plaintiff was required to produce experts and/or medical documentation regarding the subject matter by March 26, 2004.

To date, there is no medical documentation supporting the plaintiff's claim of a back surgery which plaintiff underwent in the Spring/Summer of 2004 which is in some fashion related to the incident complained of. As this matter is scheduled for trial on October 25, 2004, and has been pending for some time, and as the plaintiff has not produced any medical documentation that the claim is related to the incident complained of in this lawsuit, it is respectfully requested that an order be entered precluding the plaintiff from introducing such evidence at time of trial.

As a number of Courts have stated: "The rules of discovery are designed to make a trial less a game make a trial less a game of blind man's bluff and more a fair contest with

1

KENNY & BRIMMER, LLC • ATTORNEYS AT LAW • FIVE GRAND STREET • HARTFORD, CONNECTICUT • 06106-1505 • JURIS NO. 31232
(860) 527-4226 • FAX # (860) 527-0214

the basic issues and facts disclosed to the fullest practical extent." <u>Sturdivant v. Yale New Haven Hospital</u>, 2 Conn. App., 103, 106, (1984); <u>Caccavale v. Hospital of St. Raphael</u>, 2 Conn. App. 504, 506-508 (1988); <u>Rosenberg v. Castaneda</u>, 38 Conn. App. 628, 632 (1995).

Pursuant to Connecticut Practice Book § 13-4 and Rule 26 of the Local Rules of Civil Procedure, the undersigned defendant contends that plaintiff should be precluded from disclosing any information regarding the back surgery because the plaintiff violates both the Court's scheduling order and Local Rule 26 of the United States District Court for the District of Connecticut by failing to timely disclose documents pertaining to discovery in this case. The undersigned defendant submits that plaintiff's failure to provide medical reports and records prejudice its ability to prepare a defense and, as such, any medical records and/or reports relating to the plaintiff's Third back surgery should be precluded.

By way of background, the plaintiff, alleges in her Complaint that on or about November 20, 1999, she was shopping at the Wal-Mart store located at 1100 New Haven Road in Naugatuck, Connecticut. As she was standing in the aisle, she claims that a cart being pushed by a Wal-Mart associate made contact with her low back area. As a result, the plaintiff claims to have suffered personal injuries and damages.

The plaintiff's failure to disclose medical reports and documentation of the claimed injuries at this late date would result in serious prejudice to the defendants if evidence or testimony on this issue were to be allowed.

Wherefore, the defendant respectfully requests this Court preclude any medical reports and documentation relating to the plaintiff's back surgery which allegedly took place in the Spring or Summer of 2004.

2

DEFENDANT, WAL-MART STORES, INC.,

By _____
Anita M. Varunes
Federal Bar No.: 04993
Kenny & Brimmer, LLC
Its Attorney
5 Grand Street
Hartford, CT 06106
Tel. No.: (860) 527-4226

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this 4th day of , 2004, to:

Joseph D. Foti, Jr.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue, Suite 207
Cheshire, CT 06410-1135

_____
Anita M. Varunes



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 10  A 10:48

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| VACCARRELLA, | : |
|  | : 3:01cv834(WWE) |
| v. | : |
|  | : |
| WAL-MART. | : |
|  | : |

### PRETRIAL ORDER

This case is scheduled to begin trial the week of May 3, 2004. Jury selection will occur on April 12, 2004. By **March 26, 2004**, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this February 10, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge