UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**VACCARRELLA,**

3:01cv834(WWE)

v.

**WAL-MART**

FILED

2005 JAN -4 A 11: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PRETRIAL ORDER

This case is scheduled to begin trial the week of April 4, 2005. Jury selection will occur on MARCH 28, 2005. BY MARCH 14, 2005, each party shall exchange and file with the Court, in **duplicate**, any supplementation of the Trial Memoranda.

Dated this JANUARY 3, 2005 at Bridgeport, Connecticut.

Warren W. Eginton
Senior U.S. District Judge