UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCY VACCARELLA )
    Plaintiff )
  )
  ) Civil Action No.
V. ) 301-CV834 (WWE)
  )
WAL-MART STORES, INC. 
    Defendant

### ORDER

The foregoing Motion to Preclude having been duly heard by the Court, it is hereby ORDERED: GRANTED/DENIED.


BY THE COURT,


_____
Judge/Clerk

KENNY & BRIMMER, LLC • ATTORNEYS AT LAW • FIVE GRAND STREET • HARTFORD, CONNECTICUT • 06106-1505 • JURIS NO. 31232
(860) 527-4226 • FAX # (860) 527-0214