**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **VACCARRELLA** : | |
| : | **3:01cv834 (WWE)** |
| : | |
| **v.** : | |
| : | |
| **WAL-MART STORES, INC.** : | |
| : | |

ORDER

This case is being administratively closed so that the parties can pursue binding arbitration as represented in letters from counsel. This dismissal is without prejudice.

SO ORDERED.

```
        /s/
WARREN W. EGINTON
SENIOR U.S. DISTRICT JUDGE
```

Dated this 29th day of April, 2005 in Bridgeport, Connecticut.